# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11459-ELF

DONALD J YOUNG, JR.

5814 N HOWARD STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DONALD J YOUNG, JR.

5814 N HOWARD STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                            /S/ Kenneth E. West

Date: 9/7/2022                               _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee